9/8/'11

To Whom It May Concern

I, Tanya Smack, am requesting a motion to reopen my bankruptcy case # 11-11769 for the purpose of adding two additional creditors. Debt was incurred prior to me filing for bankruptcy.

Thank You

Smack