# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| Tanya M. Smack, | ) | Case No. 11-11769(CSS) |
| Debtor. | ) | Related Docket No. 27 |

## ORDER

Upon Consideration of the Motion to Reopen Dismissal of Case [D.I. 27], filed on September 12, 2011; it is hereby;

ORDERED, that the Motion is **GRANTED** and the filing fee is waived.

---
Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: October 6, 2011